■ In the Matter of PAUL SCHUR et al., Appellants, v GORDON M. AMBACH, as Commissioner of Education of the State of New York, et al., Respondents.—Appeal from a judgment of the Supreme Court at Special Term (Cobb, J.), entered March 22, 1985 in Albany County, which dismissed petitioners' application, in a proceeding pursuant to CPLR article 78, to annul a determination of respondent Commissioner of Education denying petitioners' request for tuition credit for their handicapped child.

Judgment affirmed, without costs, upon the opinion of Justice George L. Cobb at Special Term. Mahoney, P. J., Main, Mikoll and Yesawich, Jr., JJ., concur.